1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVELERS PROPERTY CASUALTY          Case No.  1:22-cv-01204-HBK
     COMPANY OF AMERICA,
12                                         VOLUNTARY DISMISSAL WITH
                 Plaintiff,                PREJUDICE UNDER FED. R. CIV. P. 41
13                                         (a)(1)(A)(ii)
         v.
14                                         (Doc. No.  11)

     SAFETY NATIONAL CASUALTY
15   CORPORATION,

16               Defendant.

17

18        Plaintiff and Defendant filed a joint Stipulation of Dismissal under Federal Rule of Civil

19   Procedure 41(a)(1) on January 31, 2023.  (Doc. No. 11).  The Parties state they are dismissing this

20   action *with prejudice* and each party shall bear its own fees and costs.  (*Id*.) (emphasis added).  In

21   light of the stipulated dismissal, this action is terminated by operation of law without further order

22   from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

23        Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and

24   CLOSE this action to reflect the Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii).

25   Dated:    February 7, 2023

26                                         HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE
27

28